UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIKA PARKER,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN & CHASE BANK, INC.,<br><br>Defendant. | No. 2:17-cv-0192 GEB DB PS<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, Akika Parker, is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order filed May 3, 2017, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint. (ECF No. 6.) Plaintiff was granted twenty-eight days from the date of that order to file an amended complaint. The twenty-eight day period has expired, and plaintiff has not responded to the court's order in any manner.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

---

[1] Although it appears from the docket that plaintiff's copy of the May 3, 2017 order was returned as undeliverable, return to sender, not deliverable as addressed, unable to forward, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of plaintiff's current address at all times. Pursuant to Local Rule 182(f), service of documents at a party's address of record is fully effective.

1

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 7, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/parker0192.fta.f&rs